# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1383
Lower Tribunal Nos. F18-17398, F18-13708 and F18-13710

_____

**Aristides Alfonso,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Aristides Alfonso, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and BOKOR, JJ.

PER CURIAM.

Affirmed.